Case 2:25-cv-00593-DJH-CDB   Document 26   Filed 05/16/25   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khodr Hamka,<br><br>  Plaintiff,<br><br>v.<br><br>Paul Wyatt Ramirez, II,<br><br>  Defendant. | No. CV-25-00593-PHX-DJH (CDB)<br><br>**ORDER** |

On March 31, 2025, Magistrate Judge Camille D. Bibles recommended that Plaintiff Khodr Hamka's Second Motion for Default Judgment be granted as to his breach of contract claim against Defendant Paul Wyatt Ramirez, II. (Doc. 24 at 31). No objections have been filed and the time to do so has expired.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 24) is **ADOPTED** in full as the Order of this Court. Plaintiff's Second Motion for Default Judgment (Doc. 22) is therefore **GRANTED**. Plaintiff shall serve a copy of this Order and the Report and Recommendation (Doc. 24) upon Defendant Ramirez.

**IT IS FURTHER ORDERED** that Plaintiff be awarded the sum of $101,500.00 from Defendant as damages for breach of contract.

///

///

///

**IT IS FINALLY ORDERED** that the Clerk of Court is kindly directed to enter judgment in Plaintiff's favor and terminate this action.

Dated this 15th day of May, 2025.

Honorable Diane J. Humetewa
United States District Judge